■ In the Matter of RAYMOND NOWAK, Doing Business as MEMORIAL AMBULANCE SERVICE, Respondent, v HOLLIS S. INGRAHAM, as Commissioner of Health of the State of New York, Appellant.—Judgment unanimously affirmed, with costs, upon the opinion at Trial Term, Kuszynski, J. (Appeal from judgment of Erie Supreme Court in article 78 proceeding.) Present:— Marsh, P. J., Moule, Mahoney, Dillon and Goldman, JJ.